**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-02046-REB–MJW

DAWN PINARD,

    Plaintiff,

v.

BREADS OF THE WORLD, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#21] filed December 10, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#21] filed December 10, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for November 4, 2011, is **VACATED**;

3. That the jury trial set to commence November 28, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 13, 2010, at Denver, Colorado.

                      **BY THE COURT:**

                      */s/ Bob Blackburn*
                      Robert E. Blackburn
                      United States District Judge